UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GARDEN GROVE OWNERS' ASSOCIATION, a Washington Non-Profit Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin Corporation; AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>          Defendants. | NO.<br><br>COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES<br><br>JURY DEMAND |

Plaintiff Garden Grove Owners' Association (the "Association") alleges as follows:

## I.  INTRODUCTION

1.1     This is an action for declaratory judgment, breach of contract, bad faith violations, Consumer Protection Act ("CPA") violations, and money damages seeking:

(A)     A declaration of the rights, duties and liabilities of the parties with respect to certain controverted issues under an insurance policy issued by Defendants American Family Insurance Company and American Family Mutual Insurance Company, S.I. (collectively "American Family") to the Association. The Association is seeking a ruling that: (1) the American Family policy provides coverage for the hidden damage at the Garden Grove Condominium; and (2) American Family is liable for money damages for the cost of repairing hidden damage at the Garden Grove Condominium.

COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, BAD FAITH,
CONSUMER PROTECTION ACT VIOLATIONS,
AND DAMAGES - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

1    (B)    Money damages for the cost of repairing covered damage, breach of contract, bad

2   faith, and violations of the CPA against American Family.

3    (C)    Attorneys' fees and costs (including expert witness fees) against American Family.

4    (D)    Any other relief the Court deems just and equitable.

5                    **II.    PARTIES AND INSURANCE CONTRACTS**

6   2.1    <u>The Association</u>. The Association is a nonprofit corporation organized under the laws of the

7   state of Washington with its principal place of business located in Kirkland, Washington. The

8   Association has the duty to maintain the common elements and any limited common elements of

9   the Garden Grove Condominium for the common enjoyment of the unit owners. The Garden Grove

10  Condominium consists of five (5) buildings with twenty (20) residential units located in Kirkland,

11  King County, Washington.

12  2.2    <u>American Family Insurance Company</u>. American Family Insurance Company is a Wisconsin

13  domiciled insurer with its principal place of business in Madison, Wisconsin. American Family

14  Insurance Company is registered and authorized to sell insurance in Washington. American Family

15  Insurance Company sold a property insurance policy to the Association, Policy No. 91004-78992-87

16  (in effect from at least 01/24/2024 to 01/24/2025). American Family Insurance Company's policy

17  identifies the Garden Grove Condominium as covered property. The Association is seeking coverage

18  under all American Family Insurance Company policies issued to the Association or covering the

19  Garden Grove Condominium at any time.

20  2.3    <u>American Family Mutual Insurance Company, S.I.</u> American Family Mutual Insurance

21  Company, S.I. is a Wisconsin domiciled insurer with its principal place of business in Madison,

22  Wisconsin. American Family Mutual Insurance Company, S.I. is registered and authorized to sell

23  insurance in Washington. On information and belief, American Family Mutual Insurance Company,

24  S.I. sold a property insurance policy to the Association, Policy No. 91004-78992-87 (in effect from

25  at least 01/24/2024 to 01/24/2025). American Family Mutual Insurance Company, S.I.'s policy

26  identifies the Garden Grove Condominium as covered property. The Association is seeking coverage

27

COMPLAINT FOR DECLARATORY RELIEF,              STEIN, SUDWEEKS & STEIN, PLLC
BREACH OF CONTRACT, BAD FAITH,              16400 SOUTHCENTER PKWY., SUITE 410
CONSUMER PROTECTION ACT VIOLATIONS,                    TUKWILA, WA 98188
AND DAMAGES - 2                              PHONE 206.388.0660 FAX 206.286.2660

1  under all American Family Mutual Insurance Company, S.I. policies issued to the Association or

2  covering the Garden Grove Condominium at any time.

3  2.4    Doe Insurance Companies 1–10. Doe Insurance Companies 1–10 are currently unidentified

4  entities who, on information and belief, sold insurance policies to the Association that identify the

5  Garden Grove Condominium as covered property.

6  2.5    Garden Grove Insurers. American Family Insurance Company, American Family Mutual

7  Insurance Company, S.I., and Doe Insurance Companies 1–10 shall collectively be referred to as

8  the "Garden Grove Insurers."

9  2.6    Garden Grove Policies. The policies issued to the Association by the Garden Grove

10  Insurers shall collectively be referred to as the "Garden Grove Policies."

11  **III.    JURISDICTION AND VENUE**

12  3.1    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332

13  (diversity jurisdiction) as the parties are completely diverse in citizenship and, as alleged below,

14  the amount in controversy exceeds $75,000.

15  3.2    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) as the Garden Grove

16  Insurers marketed and sold insurance to the Association in King County; a substantial part of the

17  events giving rise to the claim occurred in King County; and the insured condominium buildings

18  are located in King County.

19  **IV.    FACTS**

20  4.1    Incorporation by Reference. The Association re-alleges the allegations of Paragraphs 1.1

21  through 3.2, above, as if fully set forth herein.

22  4.2    Tender to American Family.  On April 8, 2025, the Association tendered an insurance claim

23  to American Family for hidden damage discovered by Evolution Architecture ("Evolution") during

24  a limited intrusive investigation. As part of its claim tender, the Association asked American Family

25  to investigate for other hidden damage that may exist at the Garden Grove Condominium.

26

27

COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, BAD FAITH,
CONSUMER PROTECTION ACT VIOLATIONS,
AND DAMAGES - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

4.3    Joint Intrusive Investigation. In July 2025, the Association, including its experts at

Evolution, and the Association's historic insurance providers, including American Family,

conducted a joint intrusive investigation at the Garden Grove Condominium, which revealed

property-wide hidden damage to the exterior building components including, but not limited to, the

exterior weather-resistive barrier ("WRB"), sheathing, and framing.

4.4    Evolution Report. The Association understands that, according to Evolution, the hidden

water damage at the Garden Grove Condominium has occurred incrementally and progressively,

and some new loss or damage commenced during the American Family policy period. Evolution's

reporting included a recommended scope of repair. Based on this scope of repair, Charter

Construction estimated that the cost to repair the hidden damage would cost more than $1,500,000,

well over the jurisdictional limit of $75,000.

4.5    American Family's Denial of the Association's Claim. On November 17, 2025, American

Family unreasonably denied coverage for the Association's insurance claim.

## V.    FIRST CLAIM AGAINST THE GARDEN GROVE INSURERS FOR A DECLARATORY JUDGMENT THAT THE GARDEN GROVE POLICIES PROVIDE COVERAGE

5.1    Incorporation by Reference. The Association re-alleges and incorporates by reference the

allegations of Paragraphs 1.1 through 4.5, above, as if fully set forth herein.

5.2    Declaratory Relief. The Association seeks declaratory relief from the Court in the form of

determinations regarding the following disputed issues:

    (A)    That the Garden Grove Policies cover the hidden damage to exterior WRB,

sheathing, and framing at the Garden Grove Condominium.

    (B)    No exclusions, conditions, or limitations bar coverage under the Garden Grove

Policies.

    (C)    That the loss or damage to the Garden Grove Condominium was incremental and

progressive. New damage commenced during each year of the Garden Grove Policies.

COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, BAD FAITH,
CONSUMER PROTECTION ACT VIOLATIONS,
AND DAMAGES - 4

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

(D)    As a result, the Garden Grove Policies cover the cost of investigating and repairing the exterior WRB, sheathing, and framing at the Garden Grove Condominium.

## VI.    SECOND CLAIM AGAINST AMERICAN FAMILY FOR BREACH OF CONTRACT

6.1    The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 5.2, above, as if fully set forth herein.

6.2    American Family has contractual duties under the terms of its policy to pay the cost of investigating and repairing the covered damage to the Garden Grove Condominium.

6.3    American Family breached its contractual duties by wrongfully denying coverage on November 17, 2025, and by failing to pay the cost of repairing the covered damage to the Garden Grove Condominium.

6.4    As a direct and proximate result of American Family's breach of its contractual duties the Association has been damaged in an amount to be proven at trial.

6.5    As a direct and proximate result of American Family's breach of its contractual duties, the Association has been forced to incur attorneys' fees, expert costs, investigation costs, and other expenses in order to prosecute this action, the sole purpose of which is to obtain the benefits of the Association's insurance contracts.

## VII.    THIRD CLAIM AGAINST AMERICAN FAMILY FOR INSURANCE BAD FAITH

7.1    Incorporation by Reference. The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 6.5, above, as if fully set forth herein.

7.2    The business of insurance is one affected by the public interest, requiring that all persons be actuated by good faith, abstain from deception, and practice honesty and equity in all insurance matters. RCW 48.01.030. An insurer has a duty to act in good faith. This duty requires an insurer to deal fairly with its insured. The insurer must give equal consideration to its insured's interests and its own interests and must not engage in any action that demonstrates a greater concern for its own financial interests than its insured's financial risk. An insurer who does not deal fairly with its insured, or who does not give equal consideration to its insured's interests, fails to act in good faith.

COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, BAD FAITH,
CONSUMER PROTECTION ACT VIOLATIONS,
AND DAMAGES - 5

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

7.3     American Family had a duty to investigate, evaluate, and decide the Association's claim in good faith. American Family breached its duty by unreasonably investigating, evaluating, and/or denying the claim and by failing to acknowledge that: (1) weather conditions such as rain or wind-driven rain were one of the causes of the hidden damage at the Garden Grove Condominium; (2) weather conditions such as rain and wind-driven rain are covered causes of loss under its policy; (3) there is coverage under the American Family policy when damage results from a combination of rain and inadequate construction; and (4) coverage is preserved under the resulting loss provision to the American Family policy.

7.4     The duty of good faith requires an insurer to conduct a reasonable investigation before refusing to pay a claim submitted by its insured. An insurer must also have a reasonable justification before refusing to pay a claim. An insurer who refuses to pay a claim, without conducting a reasonable investigation or without having a reasonable justification, fails to act in good faith.

7.5     A violation, if any, of one or more of the Washington claim handling standards set forth below is a breach of the duty of good faith, an unfair method of competition, an unfair or deceptive act or practice in the business of insurance, and a breach of the insurance contract. American Family's conduct violated Washington claim handling standards:

- Which require American Family to fully disclose all pertinent coverages.

- Which prohibit the practice of refusing to pay claims without conducting a reasonable investigation.

- Which require American Family to provide a reasonable explanation of the relevant facts, law and policy language and how its policy language supported a denial of the Association's claim.

- Which prohibit misrepresentations regarding relevant facts (e.g. the cause of damage) or coverage.

- Which require American Family to adopt and implement reasonable standards for the prompt investigation of claims.

- Which require American Family not to force its insured to initiate litigation to receive policy benefits.

COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, BAD FAITH,
CONSUMER PROTECTION ACT VIOLATIONS,
AND DAMAGES - 6

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

7.6     A violation of Washington claim handling procedures, including WAC 284-30-330(7), is a breach of the duty of good faith, an unfair method of competition, an unfair or deceptive act or practice in the business of insurance, and a breach of the insurance contract.

7.7     American Family's actions and omissions, including but not limited to its denial of coverage, were unreasonable, unfounded, and frivolous under the circumstances and constitute a breach of American Family's duty of good faith. As a direct and proximate result of these breaches, the Association has been damaged in an amount to be proven at trial.

**VIII.    FOURTH CLAIM AGAINST AMERICAN FAMILY FOR VIOLATIONS OF THE CONSUMER PROTECTION ACT**

8.1     The Association re-alleges and incorporates by reference Paragraphs 1.1 through 7.7, above, as if fully set forth herein.

8.2     Violations of Washington Administrative Code ("WAC") claim handling standards are per se CPA violations. On information and belief, the conduct of American Family was deceptive, impacted the public, and had the capacity to deceive. The Association is a consumer. As a direct and proximate result of American Family's violations, the Association has been damaged in an amount to be proven at trial. Under the CPA, the Association is entitled to damages, CPA penalties of up to $25,000 per violation, and attorneys' fees.

**IX.    PRAYER FOR RELIEF**

WHEREFORE, the Association prays for judgment as follows:

9.1     <u>Declaratory Judgment Regarding Coverage</u>.  A declaratory judgment that the Garden Grove Policies provide coverage as described herein and that money damages are owed by each of the Garden Grove Insurers for the cost of investigating and repairing hidden damage at the Garden Grove Condominium in an amount to be proven at trial.

9.2     <u>Money Damages</u>. For money damages against the Garden Grove Insurers for the cost of investigating and repairing hidden damage at the Garden Grove Condominium in an amount to be proven at trial, as well as money damages against American Family for breach of the duty of good faith in an amount to be proven at trial.

1    9.3    <u>Attorneys' Fees and Costs of Suit</u>. For reasonable attorneys' fees and costs (including expert

2    fees) against American Family. *See Olympic Steamship Co. v. Centennial Ins. Co.*, 117 Wn.2d 37,

3    811 P.2d 673 (1991), and RCW 48.30.015.

4    9.4    <u>CPA Penalties</u>.  For CPA penalties against American Family of up to $25,000 per violation.

5    9.5    <u>Other Relief</u>.  For such other and further relief as the Court deems just and equitable.

6                                    **X.    DEMAND FOR JURY TRIAL**

7    10.1    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Association demands trial

8    by jury in this action of all issues so triable.

9            DATED this 12th day of February, 2026.

10                                    **STEIN, SUDWEEKS & STEIN, PLLC**

11                                    /s/ *Jerry H. Stein*
                                      Jerry H. Stein, WSBA #27721
12                                    /s/ *Justin D. Sudweeks*
                                      Justin D. Sudweeks, WSBA #28755
13                                    /s/ *Daniel J. Stein*
                                      Daniel J. Stein, WSBA #48739
14                                    /s/ *Jessica R. Burns*
                                      Jessica R. Burns, WSBA #49852
15                                    16400 Southcenter Pkwy, Suite 410
                                      Tukwila, WA 98188
16                                    Email: jstein@condodefects.com
                                            justin@condodefects.com
17                                            dstein@condodefects.com
                                              jessica@condodefects.com
18                                    Telephone: (206) 388-0660
                                      ***Attorneys for Plaintiff***
19

20

21

22

23

24

25

26

27

COMPLAINT FOR DECLARATORY RELIEF,                    STEIN, SUDWEEKS & STEIN, PLLC
BREACH OF CONTRACT, BAD FAITH,                       16400 SOUTHCENTER PKWY., SUITE 410
CONSUMER PROTECTION ACT VIOLATIONS,                  TUKWILA, WA 98188
AND DAMAGES - 8                                      PHONE 206.388.0660 FAX 206.286.2660